CLOSED, ECF, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:05-cv-06259-DAB
Internal Use Only

*05-CV-5076 (JG)* [handwritten]

| | |
|---|---|
| Fairmont Orthopedics & Sports Medicine, PA. et al v. Visa U.S.A., Inc. et al<br>Assigned to: Judge Deborah A. Batts<br>Related Case: 1:05-cv-05991-DAB<br>Cause: 15:1 Antitrust Litigation | Date Filed: 07/08/2005<br>Jury Demand: Plaintiff<br>Nature of Suit: 410 Anti-Trust<br>Jurisdiction: Federal Question |

**Plaintiff**

**Fairmont Orthopedics & Sports Medicine, PA.**
*Individually and on Behalf of All Others Similarly Situated*

represented by **Jason Samuel Cowart**
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017
(212)-661-1100
Fax: (212)-661-8665
Email: jscowart@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary FS Inc.**
*Individually and on Behalf of All Others Similarly Situated*

represented by **Jason Samuel Cowart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Visa U.S.A., Inc.**

**Defendant**

**Visa International**

**Defendant**

**Mastercard International Incorporated**

[Stamp: A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK]

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2005 | 1 | COMPLAINT against Visa U.S.A., Inc., Visa International, Mastercard International Incorporated. (Filing Fee $ 250.00, Receipt Number 548418) Document filed by Fairmont Orthopedics & Sports Medicine, PA., Gary FS Inc.. (jbe, ) Additional attachment(s) added on 7/15/2005 (laq, ). (Entered: 07/08/2005) |

| Date | # | Description |
|---|---|---|
| 07/08/2005 | | Case Designated ECF. (jbe, ) (Entered: 07/08/2005) |
| 07/08/2005 | | SUMMONS ISSUED as to Visa U.S.A., Inc., Visa International, Mastercard International Incorporated. (jbe, ) (Entered: 07/08/2005) |
| 07/08/2005 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Fairmont Orthopedics & Sports Medicine, PA..(jbe, ) Additional attachment(s) added on 7/15/2005 (laq, ). (Entered: 07/08/2005) |
| 07/08/2005 | 3 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Gary FS Inc.. (jbe, ) Additional attachment(s) added on 7/15/2005 (laq, ). (Entered: 07/08/2005) |
| 07/08/2005 | | CASE REFERRED TO Judge Deborah A. Batts as possibly related to 05-5991. (jbe, ) (Entered: 07/08/2005) |
| 07/28/2005 | | CASE ACCEPTED AS RELATED TO 05cv5991. Notice of Assignment to follow. (jeh, ) (Entered: 07/29/2005) |
| 07/28/2005 | | Magistrate Judge Andrew J. Peck is so designated. (jeh, ) (Entered: 07/29/2005) |
| 07/28/2005 | 4 | NOTICE OF CASE ASSIGNMENT to Judge Deborah A. Batts. Judge Unassigned no longer assigned to the case. (jeh, ) (Entered: 07/29/2005) |
| 07/29/2005 | 5 | NOTICE of Visa U.S.A. Inc.'s Notice of Motion for Transfer Under 28 U.S.C. 1407 Before The Judicial Panel on Multidistrict Litigation. Document filed by Visa U.S.A., Inc.. (Attachments: # 1 Motion for Transfer# 2 Brief in Support# 3 Schedule A# 4 Exhibit A to EE# 5 Certificate of Service)(Boccanfuso, Anthony) (Entered: 07/29/2005) |
| 09/27/2005 | 6 | STIPULATION AND ORDER; re: extending time of all dfts to move, answer or otherwise respond to complaint, and continue all other pretrial deadlines. (Signed by Judge Deborah A. Batts on 9/14/05) (pl, ) (Entered: 09/28/2005) |
| 11/28/2005 | 7 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. (S.D.N.Y) to the United States District Court - Eastern District of New York. (Signed by Judge MDL Panel on 11/28/2005) (jeh, ) (Entered: 12/06/2005) |
| 11/28/2005 | | MDL TRANSFER OUT: Mailed certified copy of documents numbered 1-4;6, docket entries and transfer order along with letter of acknowledgment to the United States District Court - Eastern District of New York. Mailed via Federal Express AIRBILL # 8527 1452 1007 on 12/06/2005. (jeh, ) (Entered: 12/06/2005) |